FILED IN
COURT OF CRIMINAL APPEALS

March 18, 2015

ABEL ACOSTA, CLERK

PD-0287-15

PD-0287-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/16/2015 10:01:30 AM
Accepted 3/18/2015 3:06:24 PM
ABEL ACOSTA
CLERK

To the Court of Criminal Appeals

No. 01-13-01028-CR

Lesle Markle

Appeal from Cause Number 1865367
From the County Criminal Court No. 12
Harris County

vs.

The State of Texas

---

### Appellant's Motion to Extend Time to File PDR

To The Honorable Judges Of The Court Of Criminal Appeals:

Comes Now, Lesle Markle, and files this Motion to Extend Time to File PDR, and in support thereof, would respectfully show the Court the following:

I.

The First Court of Appeals affirmed the trial court's judgment in an opinion styled *Markle v. State,* 01-13-01028-CR, 2015 WL 505194 (Tex. App.—Houston [1st Dist.] Feb. 5, 2015, no. pet. h.). No other motions for extension have been filed.

II.

In compliance with Texas Rule of Appellate Procedure 68.2(c), this motion for extension is timely filed within 15 days of the original deadline for the PDR, which was March 9, 2015. Appellant requests this extension due to the fact that counsel for Appellant has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *Lenin Lopez,* 01-13-01079-CR, reversed and set for retrial in cause #1403196

- *Vincent William,* #1420283

- *Darryle Robertson,* 14-15-00132-CR

- *Rodney Robins,* 01-14-00582-CR

- *Craig Beal,* 01-12-00896-CR

- *Abner Washington,* 01-14-00885-CR

- *Forest Penton,* 14-14-00406-CR

- *Leonard Storemski,* 14-14-00920-CR

- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

### III.

Appellee's attorney requests an extension of 30 days, which is necessary so that the PDR can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Honorable Court grants this requested extension of time to file the PDR in the above cause and extend the time for filing to April 16, 2015.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County, Texas

/s/ Sarah V. Wood
SARAH V. WOOD
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston Texas 77002
713.368.0016 (phone)
713.368.9278 (fax)
Sarah.Wood@pdo.hctx.net

CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing Appellant's Motion to Extend Time to File PDR has been served via the efile service on the Harris County District Attorney's Office.

/s/ Sarah V. Wood

Sarah V. Wood